IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:01cr84-MHT |
| | ) | (WO) |
| NAKIA PETTUS | ) | |

### ORDER

It is ORDERED that defendant Nakia Pettus's petition for early termination of supervised release (doc. no. 644) is denied.

However, because the court is impressed with Pettus's performance during supervised release, especially his stable employment, his remaining drug-free, and his positive attitude during supervision, the court would be willing to consider a renewed petition for early termination of supervision in or after August 2018.

DONE, this the 31st day of October, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**